**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-1108**

In Re: KIM LEE BONSTEEL,

Petitioner.

On Petition for Writ of Mandamus. (No. CA-96-123-2-M)

Submitted:  February 27, 1997          Decided:  March 13, 1997

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Kim Lee Bonsteel, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Eaton Bonsteel petitioned this court for a writ of mandamus, on behalf of his brother, Kim Lee Bonsteel, alleging undue delay in the district court on his habeas corpus petition filed in May 1996. The writ of mandamus is a drastic remedy and should only be granted in those extraordinary situations when no other remedy is available. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Because there has been significant action in this case within the last six months of the filing of the instant petition, we find that there has been no unreasonable delay in the district court. Therefore, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED